DEFENDANT: ROBERT HARRY BICKERSTAFF
CASE NUMBER: 0862 6:23CR02026-001

RECEIVED
AUG 13 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

## PROBATION

☐ The defendant is hereby sentenced to probation for a term of:

## IMPRISONMENT

■ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
**6 months on Count 1 of the Indictment.**

■ The court makes the following recommendations to the Federal Bureau of Prisons:
**It is recommended that the defendant be designated to a Bureau of Prisons facility as close to the defendant's family as possible, commensurate with the defendant's security and custody classification needs.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

- ☐ at ____________ ☐ a.m. ☐ p.m. on ____________ .
- ☐ as notified by the United States Marshal.

■ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

- ☐ before 2 p.m. on ____________ .
- ■ as notified by the United States Marshal.
- ☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ v/s on August 1, 2024 to FPC Yankton

at Yankton S.D., with a certified copy of this judgment.

W. O'Donnell, Warden
UNITED STATES MARSHAL

S. Sundleaf, CSO
FPC Yankton
By ____________
DEPUTY UNITED STATES MARSHAL