Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# United States District Court
# For The
# Northern District of Iowa

UNITED STATES OF AMERICA

v.

ROBERT HARRY BICKERSTAFF

Case No. CR 23-2026-1

On December 16, 2024, the above-named commenced a 3 year term of supervision. The defendant has complied with the conditions of supervision and is no longer in need of supervision. It is therefore recommended that the defendant be terminated from supervision prior to the expiration date of December 15, 2027.

Approved:

Paul Sabelka
Supervising United States Probation Officer

Respectfully submitted,

Mukaddas Alhassan
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be terminated from supervised release and that the proceedings in the case be terminated.

Dated this 3rd day of June, 2026.

C.J. Williams, Chief Judge
United States District Court